### 18209.   LEE *v.* THE STATE.

BROYLES, C. J.  1. The single ground of the amendment to the motion for a new trial was based upon the alleged newly discovered testimony. However, the ground was not accompanied by an affidavit of the witness, and no reason was given for its non-production. The ground, therefore, was fatally defective. *Berry* v. *State,* 10 *Ga.* 511 (14) ; *Suggs* v. *Anderson,* 12 *Ga.* 461 (3), 464; *White* v. *Wallen,* 17 *Ga.* 106 (2) ; *Burge* v. *State,* 133 *Ga.* 431 (2) (66 S. E. 243).

2. The verdict was amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Possessing intoxicating liquor; from city court of LaGrange— Judge Tuggle.   April 29, 1927.

*Duke Davis,* for plaintiff in error.

*L. L. Meadors, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1232, n. 95, 96.